UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-14328-CIV-MARTINEZ/LYNCH

UNITED STATES ex rel. JOHN SIMONS )
and )
LEWIS COOK; and JOHN SIMONS, )
individually, )
      Plaintiffs, )
)
vs. )
)
HEALTH AND PALLIATIVE SERVICES )
OF THE TREASURE COAST, INC., et al, )
)
      Defendants. )
)
)

## FINAL ORDER OF DISMISSAL

This Court having been informed of a settlement entered into among the Relator, the Defendants, the United States, and the parties having filed a Stipulation of Dismissal [DE 85], it is hereby

**ORDERED AND ADJUDGED** that this action is dismissed: (a) with prejudice to the Relator for all claims; (b) with prejudice to the United States for the claims released by the United States in the parties' Settlement Agreement; and (c) without prejudice to the United States and the Defendants for any claims in this action that are not specifically released by the United States and the Defendants in the parties' Settlement Agreement. It is additionally

**ORDERED AND ADJUDGED** that this case shall be unsealed as to (a) this Order, (b) the United States' Notice of Election to Intervene and Joint Stipulation of Dismissal, (c) the Relators' original and Amended Complaint, and (d) all filings or pleadings submitted after the filing of this Order. All contents of the Court's file in this matter which were filed prior to the date of this Order

and which are not named above shall remain sealed, and shall not be served on the defendants or otherwise made public.

DONE AND ORDERED in Chambers at Miami, Florida, this ___9___ day of May, 2018.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record